United States District Court
Southern District of Texas
FILED
OCT 2 4 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
OCT 2 7 2005
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CASE NO. L-05-CR-2060 |
| Jalena Angulo | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on October 11, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 24 day of October, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE